IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CHARLES ENSTALL,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:24-CV-81-HZ<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $7,300.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this ___3___ day of ___February___, 2025.

*Marco Hernandez*
UNITED STATES SENIOR DISTRICT JUDGE

Page 1   ORDER
         [3:24-CV-81-HZ ]